

# The Attorney General of Texas

June 25, 1979

**MARK WHITE**
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

701 Commerce, Suite 200
Dallas, TX. 75202
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

723 Main, Suite 610
Houston, TX. 77002
713/228-0701

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4313 N. Tenth, Suite F
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Honorable Tim Curry
Tarrant County District Attorney
Tarrant County Courthouse
Fort Worth, Texas 76102

Opinion No. MW-27

Re: Whether a county may purchase capital equipment with funds collected pursuant to article 7048a, V.T.C.S.

Dear Mr. Curry:

You have requested an opinion concerning the purposes for which a county may expend road funds collected pursuant to article 7048a, V.T.C.S. You specifically ask whether capital equipment may be purchased with article 7048a funds.

Article 7048a authorizes the counties of the state to collect ad valorem taxes with the proviso that

> the revenue therefrom shall be used as provided in this Act for the construction and maintenance of. Farm-to-Market and Lateral Roads or for Flood Control and for these two (2) purposes only.

V.T.C.S. art. 7048a, § 2. Constitutional basis for such tax is found in article VIII, section 1-a of the Texas Constitution. Section 3 of the statute requires the commissioners court to establish a separate Farm-to-Market and Lateral Road Fund and a separate Flood Control Fund. These funds are under the jurisdiction and control of the commissioners court. Secs. 4, 5. The road funds may be used for the construction and maintenance of farm-to-market and lateral roads and for the acquisition of necessary rights of way. Sec. 4. In our opinion capital equipment which is needed for construction and maintenance of farm-to-market roads may be purchased with article 7048a funds. The equipment may be used solely for the purposes indicated in the statute. See generally Guerra v. Rodriguez, 239 S.W.2d 915 (Tex. Civ. App. — San Antonio 1951, no writ); V.T.C.S. arts. 2351d (purchase of road equipment through Board of Control); 2368a (advertising for competitive bids); 6741 (authority to purchase road machinery and equipment); Attorney General Opinions H–530 (1975) (article 7048a funds cannot be consolidated with other county moneys); M–1250 (1972); M–367 (1969); O–6654 (1945); See Attorney General Opinion V–1169 (1951) (construction of "lateral road").

## SUMMARY

Article 7048a funds may be used to buy capital equipment to be used for the construction and maintenance of farm-to-market roads.

Very truly yours,

MARK   WHITE
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

TED L. HARTLEY
Executive Assistant Attorney General

Prepared by David B. Brooks
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

C. Robert Heath, Chairman
David B. Brooks
Walter Davis
Susan Garrison
Rick Gilpin
William G Reid